# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF TEXAS FORT WORTH DIVISION

| | |
|---|---|
| **KELLY PINN, individually and on behalf of all others similarly situated,** | )<br>)<br>) |
| *Plaintiff* | )<br>) |
| v. | )<br>)<br>) Civil Action No. 4:23-cv-01208-Y |
| **HUFSEY HOME SERVICES, INC. D/B/A ONE HOUR AIR CONDITIONING & HEATING AND 33 MILE RADIUS LLC D/B/A EVERCONNECT,** | )<br>)<br>)<br>) |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Rodney VanBrimmer II, being duly sworn, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on December 1, 2023, at 2:44 pm. I delivered these documents to 33 Mile Radius LLC in Franklin County, OH on December 5, 2023 at 1:42 pm at 4400 Easton Cmns, Suite 125, Columbus, OH 43219 by leaving the following documents with Janette Lane who as Intake Specialist at CT Corporation System is authorized by appointment or by law to receive service of process for 33 Mile Radius LLC.

Summons in a Civil Action
Plaintiff's Class Action Complaint

Additional Description:
Janette is the SOP intake specialist for CT Corporation.

Black or African American Female, est. age 25-34, glasses: N, Black hair, 160 lbs to 180 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=40.0470484,-82.9134474
Photograph: See Exhibit 1

My name is Rodney VanBrimmer II, my date of birth is 3/21/1974, and my address is 4182 Worth Ave, Columbus, OH 43219, and USA.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in ___Franklin County___, ___OH___ on ___12/5/2023___.

/s/ *Rodney VanBrimmer II*
Rodney VanBrimmer II
+1 (740) 936-7625
Certification Number: N/A
Expiration Date: N/A

