# UNITED STATES DISTRICT COURT

for the
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **KELLY PINN** | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:23-cv-01208-Y |
| **33 MILE RADIUS LLC ET AL** | ) | |
| *Defendant* | ) | |

## AFFIDAVIT OF SERVICE

I, Craig Morford, being duly sworn, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on December 12, 2023, at 8:57 am. I delivered these documents to HUFSEY HOME SERVICES, INC. in Tarrant County, TX on December 13, 2023 at 2:13 pm at 2535 Brennan Ave, Fort Worth, TX 76106 by leaving the following documents with Becky Green-Hennessy who as Accounts Receivable is authorized by appointment or by law to receive service of process for HUFSEY HOME SERVICES, INC.

Summons
PLAINTIFF'S CLASS ACTION COMPLAINT

Additional Description:
I went to the secretary and I asked is this Company
Hufsey Home Services Inc. she said yes then I handed to her but after reading it she didn't want to give her name then she called Becky Green-Hennessy (Account Receivable) then she took the papers and gave me her business card

White Female, est. age 45-54, glasses: N, Multi hair, 140 lbs to 160 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=32.788557368,-97.3268417141
Photograph: See Exhibit 1

My name is Craig Morford, my date of birth is 11/24/1972, and my address is 1114 S Bowen Rd, 13555, Arlington, TX 76013, and USA.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in

Denton County,

TX on 12/13/2023.

/s/ Craig Morford

Craig Morford
+1 (469) 531-0680
Certification Number: PSC-8827
Expiration Date: 6/30/2024



Exhibit 1a)
ONE HOUR
AIR CONDITIONING & HEATING
Always On Time...Or You Don't Pay A Dime!
RESERVED
PARKING

Exhibit 1b)
817-283-6911
OneHourAirFtWorth.com
ONE HOUR
AIR CONDITIONING & HEATING
TACL8008874C

Exhibit 1c)
WOW!
Kathy
Arbuckle
ONE HOUR
Holiday
Spirit Week

Exhibit 1d)
ONE HOUR®
AIR CONDITIONING & HEATING®
Always On Time...Or You Don't Pay A Dime!®
Becky Green-Hennessey
Accounts Receivable
becky.waldrip@onehourairdfw.com
2535 Brennan Ave. / Fort Worth, TX 76106
Office: 817-283-6911
www.OneHourAirFtWorth.com / License # TACLB008874C