IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KELLY PINN | § | |
| | § | |
| VS. | § | ACTION NO. 4:23-CV-1208-Y |
| | § | |
| HUFSEY HOME SERVICES, | § | |
| INC., et al. | § | |

### ORDER GRANTING MOTION FOR EXTENSION OF TIME

Before the Court is an unopposed motion for extension of time to reply to Plaintiff's complaint in this putative class action (doc. 6).

Having reviewed the motion and applicable law, the Court **GRANTS** Defendants' motion (doc. 6). Defendants' reply must be filed **on or before January 20, 2024.**

SIGNED December 15, 2023.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE