UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Kelly Pinn, individually and on behalf of all §
*Plaintiff* §
§
§
v. § Case No. 4:23-cv-01208-Y
§
§
Hufsey Home Services, Inc., et al §
*Defendant* §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**   Applicant is an attorney and a member of the law firm of (or practices under the name of)

Greenberg Traurig, LLP                                                                                                    , with offices at

1840 Century Park East, Suite 1900
(Street Address)

Los Angeles                                    California                              75201
(City)                                              (State)                                (Zip Code)

(310) 586-7700                                 (310) 586-7800
(Telephone No.)                                (Fax No.)


**II.**   Applicant will sign all filings with the name   Lori Chang                                               .


**III.**   Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Defendant 33 Mile Radius LLC



to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of __California__, where Applicant regularly practices law.

For Court Use Only.
Bar Status Verified:
_____

Bar license number: 228142    Admission date: December 2, 2003

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| USDC for the Central Dist. of California | December 8, 2003 | Active |
| USDC for the Southern Dist. of California | October 11, 2005 | Active |
| USDC for the Northern Dist. of California | October 25, 2005 | Active |
| SEE ATTACHED LIST OF ADDITIONAL COURT ADMISSIONS | | |

VI. Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII. Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:   Case No. And Style:

N/A

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Christopher Dodrill, who has offices at

2200 Ross Avenue, Suite 5200
(Street Address)

Dallas          Texas          75201
(City)          (State)         (Zip Code)

(214) 665-3600          (214) 665-3601
(Telephone No.)         (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   18th   day of December   , 223   .

Lori Chang
Printed Name of Applicant

*/s/ Lori Chang*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

**ALL COURTS TO WHICH APPLICANT HAS BEEN ADMITTE D TO PRACTICE AND DATES OF ADMISSION**

State of California, admitted on December 2, 2003 - Active

U.S. District Court for the Eastern District of California, admitted on October 12, 2005 – Active

U.S. Court of Appeals for the Ninth Circuit, admitted on June 17, 2005 - Active

U.S. Court of Appeals for the Third Circuit, admitted on April 14, 2014 - Active

U.S. Court of Appeals for the Fifth Circuit, admitted on March 2, 2018 - Active

U.S. Court of Appeals for the Eleventh Circuit, admitted on November 11, 2018 - Active

U.S. Court of Appeals for the Second Circuit, admitted on October 31, 2019 - Active

U.S. District Court for the District of Colorado, admitted on May 15, 2020 - Active

U.S. Supreme Court, admitted on January 22, 2019 - Active