# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| Kelly Pinn, individually and on behalf of others similarly situated, , **Plaintiff** | § § § § § | |
| v. | § § § | Case Number 4:23-cv-01208-Y |
| Hufsey Home Services, Inc., d/b/a One Hour Air Conditioning & Heating, and 33 Mile Radius LLC d/b/a Everconnect, **Defendant** | § § § § § § | |

## ORDER FOR ADMISSION *PRO HAC VICE*

The court has considered the Application for Admission Pro Hac Vice of Lori Chang.

It is ORDERED that:

☐   the application is granted.   The Clerk of Court shall deposit the application fee to the account of the Non-Appropriated Fund of this Court.   It is further ORDERED that, if the Applicant has not already done so, the Applicant must register as an ECF User within 14 days.   See LR 5.1(f) and LCrR 49.2(g).

☐   the application is denied.   The Clerk of Court shall return the admission fee to the Applicant.

_____          _____
DATE                                                                  PRESIDING JUDGE

#