UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KELLY PINN, individually and on behalf of all others similarly situated, § § § *Plaintiff*, § § v. § § HUFSEY HOME SERVICES, INC. D/B/A ONE HOUR AIR CONDITIONING & HEATING, and 33 MILE RADIUS LLC D/B/A EVERCONNECT, § § § § § § § *Defendants*. § | Civil Action No. 4:23-cv-01208-Y |

**DEFENDANT 33 MILE RADIUS LLC'S CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Federal Rule of Civil Procedure 7.1 and LR 7.4, Defendant 33 Mile Radius LLC hereby files this Certificate of Interested Persons.

1. Defendant 33 Mile Radius LLC is a limited liability company wholly owned by EverCommerce Solutions, Inc., which is a company wholly owned by EverCommerce Intermediate Inc., which is a company wholly owned by EverCommerce Inc., which is a publicly traded entity (EVCM).

2. On information and belief, the following individuals and entities are financially interested in the outcome of this case:

   a. The parties to this action;

   b. Counsel for the parties; and

   c. Any other persons who may join or otherwise appear as parties in this action.

3. Defendant 33 Mile Radius LLC will amend or supplement this certificate as necessary.

| | |
|---|---|
| Dated: December 19, 2023 | Respectfully Submitted,<br><br>**GREENBERG TRAURIG LLP**<br><br>/s/*Christopher S. Dodrill*<br>Christopher S. Dodrill<br>  State Bar No. 24110696<br>  Christopher.Dodrill@gtlaw.com<br>Alexander E. Hartzell<br>  State Bar No. 24126522<br>  Alex.Hartzell@gtlaw.com<br>2200 Ross Avenue, Suite 5200<br>Dallas, Texas 75201<br>Telephone:  (214) 665-3600<br>Facsimile:   (214) 665-3601<br><br>Lori Chang (pro hac vice pending)<br>  changl@gtlaw.com<br>1840 Century Park East, Suite 1900<br>Los Angeles, California 90067<br>Telephone: (310) 586-7700<br>Facsimile: (310) 586-7800<br><br>**ATTORNEYS FOR DEFENDANT**<br>**33 MILE RADIUS LLC** |

### CERTIFICATE OF SERVICE

   This certifies that on this 19th day of December, 2023, a true and correct copy of the foregoing has been served on all counsel of record by the Court's CM/ECF system.

                    /s/*Christopher S. Dodrill*
                    Christopher S. Dodrill