IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KELLY PINN | § | |
| | § | |
| VS. | § | ACTION NO. 4:23-CV-1208-Y |
| | § | |
| HUFSEY HOME SERVICES, | § | |
| INC., ET AL. | § | |

## ORDER GRANTING ADMISSION PRO HAC VICE

Before the Court is the application of Lori Chang, counsel for defendant 33 Mile Radius, LLC, for admission pro hac vice (doc. 9). Having reviewed the application, the Court **GRANTS** Chang's application.

The clerk shall deposit the application fee to the non-appropriated fund of this Court. If Chang has not already done so, she must register as a user of this Court's electronic case filing ("ECF") system within fourteen days of the date of this order.

SIGNED December 22, 2023.

_/s/ Terry R. Means_
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE