**GT GreenbergTraurig**

Christopher S. Dodrill
Tel 214.665.3681
Fax 214.665.3601
Christopher.Dodrill@gtlaw.com

January 22, 2024

**VIA E-FILE**
The Honorable Senior District Judge Terry R. Means
501 W. 10th Street, Room 502
Fort Worth, Texas 76102

Re: *Kelly Pinn v. Hufsey Home Services, Inc. d/b/a One Hour Air Conditioning & Heating and 33 Mile Radius LLC d/b/a EverConnect*, No. 4:23-cv-01208-Y, Northern District of Texas – Fort Worth Division.

Judge Means:

Pursuant to Rule II.B and II.E of this Court's specific requirements, I write to provide notice that as counsel for Defendant 33 Mile Radius LLC, I am arranging the delivery of a physical copy of *33 Mile Radius LLC's Appendix Accompanying Motion to Dismiss and Brief in Support* (ECF No. 13), which was e-filed with the Court on January 19, 2024. The physical copy of the appendix consists of two three-ring binders and should arrive today or tomorrow.

Please do not hesitate to contact me if the Court encounters trouble receiving the physical copy of the appendix.

Best Regards,

*/s/ Christopher S. Dodrill*

Christopher S. Dodrill
Shareholder

CC: All counsel of record (*via* E-File)

**Greenberg Traurig, LLP | Attorneys at Law**

2200 Ross Avenue | Suite 5200 | Dallas, Texas 75201 | T +1 214.665.3600 | F +1 214.665.3601

Albany. Amsterdam. Atlanta. Austin. Berlin¬. Boston. Charlotte. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Las Vegas. London⁺. Long Island. Los Angeles. Mexico City⁺. Miami. Milan⁺. Minneapolis. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Portland. Sacramento. Salt Lake City. San Diego. San Francisco. Seoul⁺. Shanghai. Silicon Valley. Singapore⁺. Tallahassee. Tampa. Tel Aviv⁺. Tokyo⁺. Warsaw⁺. Washington, D.C. West Palm Beach. Westchester County.

Operates as: ¬Greenberg Traurig Germany, LLP; *A separate UK registered legal entity; ⁺Greenberg Traurig, S.C.; ⁹Greenberg Traurig Santa Maria; ∞Greenberg Traurig LLP Foreign Legal Consultant Office; ºGreenberg Traurig Singapore LLP; ^A branch of Greenberg Traurig, P.A., Florida, USA; ¤GT Tokyo Horitsu Jimusho and Greenberg Traurig Gaikokuhojimubegoshi Jimusho; ¬Greenberg Traurig Nowakowska-Zimoch Wysokiński sp.k.

www.gtlaw.com