IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| KELLY PINN INDIVIDUALLY AND ON BEHALF OF SIMILARLY SITUATED PERSONS, <br><br> PLAINTIFF <br><br> VS. <br><br> HUFSEY HOME SERVICES, INC. D/B/A ONE HOUR AIR CONDITIONING & HEATING AND 33 MILE RADIUS, LLC D/B/A EVERCONNECT <br><br> DEFENDANTS | § § § § § § § § § § § § § <br><br> CIVIL ACTION NO. 4:23-cv-01208-Y |

**ORDER GRANTING MOTION TO EXTEND TIME TO ANSWER
OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

On this day, came on to be considered Defendant Hufsey Home Services, Inc. d/b/a One Hour Air Conditioning & Heating's motion to extend time to answer or otherwise respond to the original complaint filed by Plaintiff Kelly Pinn individually and on behalf of similarly situated persons. After reviewing and considering the motion, the Court is of the opinion that the motion should be GRANTED.

IT IS, THEREFORE, ORDERED that Defendant's motion to extend time answer or otherwise respond to the original complaint filed by Plaintiff Kelly Pinn individually and on behalf of similarly situated persons is GRANTED and is extended to and including Friday, February 9, 2024.

SIGNED this _____ day of _____, 2024.

_____
HONORABLE JUDGE TERRY R. MEANS
UNITED STATES SENIOR DISTRICT JUDGE