IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KELLY PINN | § | |
| | § | |
| VS. | § | ACTION NO. 4:23-CV-1208-Y |
| | § | |
| HUFSEY HOME SERVICES, INC. | § | |
| ET AL. | § | |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Before the Court is defendant Hufsey Home Services, Inc.'s motion for an extension of time to answer or otherwise respond to Plaintiff's complaint (doc. 15.)

Having reviewed the motion and the applicable law, the Court **GRANTS** the motion. Defendant must answer or otherwise respond **on or before February 9, 2024.**

SIGNED February 6, 2024.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE