An official website of the United States government.   Here's how you know   Log in to PACER Systems

Case 4:23-cv-01208-Y   Document 17-1   Filed 02/09/24   Page 1 of 2   PageID 509



## Party Search Results

**Search Criteria:** Party Search; Last Name: [Pinn]; First Name: [Kelly]
**Result Count:** 28 (1 page)
**Current Page:** 1

| Party Name | Case Number | Case Title | Court |
|---|---|---|---|
| Pinn, Kelly (pla) | 8:2022cv01943 | Kelly Pinn v. Global Exchange Vacation Club et al | California |
| PINN, KELLY (pet) | 2:2022mc00232 | PINN v. Digital Media Solutions, LLC | California |
| Pinn, Kelly (pla) | 2:2022mc00233 | Kelly Pinn v. Consumer Credit Counseling Foundation, Inc. et al | California |
| Pinn, Kelly (pla) | 2:2022mc00240 | Kelly Pinn v. Consumer Credit Counseling Foundation, Inc. et al | California |
| Pinn, Kelly (pla) | 4:2022cv04048 | Pinn v. Consumer Credit Counseling Foundation, Inc. | California |
| Pinn, Kelly (pla) | 4:2023mc80134 | Kelly Pinn v. Consumer Credit Counseling Foundation, Inc. et al | California |
| Pinn, Kelly (pla) | 3:2023cv03869 | Pinn v. Ethos Technologies Inc. | California |
| Pinn, Kelly (pla) | 8:2023cv02927 | Pinn v. Live Calls Network LLC | Maryland |
| PINN, KELLY (pla) | 3:2022cv05810 | PINN v. NATIONS AUTO PROTECTION, LLC et al | New Jersey |
| Pinn, Kelly (pla) | 2:2024cv00127 | Pinn v. United Insurance Professionals, LLC | Ohio South |
| Pinn, Kelly (pla) | 1:2023cv00155 | Pinn v. Cyclebar Franchising LLC | Texas Nor |
| Pinn, Kelly (pla) | 3:2023cv00790 | Pinn v. Vehicle Protection Specialists LLC et al | Texas Nor |
| Pinn, Kelly (pla) | 3:2021cv02330 | Pinn v. Energy Solutions Direct Solar | Texas Nor |
| Pinn, Kelly (pla) | 3:2021cv02907 | Pinn v. Vehicle Protection Services LLC | Texas Nor |
| Pinn, Kelly (pla) | 3:2022cv02684 | Pinn v. Xponential Fitness Inc | Texas Nor |
| Pinn, Kelly (pla) | 3:2023cv00251 | Pinn v. TogetherHealth Insurance LLC | Texas Nor |
| Pinn, Kelly (pla) | 3:2023cv01540 | Pinn v. Cyclebar Franchising LLC | Texas Nor |
| Pinn, Kelly (pla) | 4:2023cv01138 | Pinn v. Lumio HX, Inc. | Texas Nor |
| Pinn, Kelly (pla) | 4:2023cv01208 | Pinn v. Hufsey Home Services, Inc. et al | Texas Nor |
| Pinn, Kelly (mov) | 1:2023mc00974 | Pinn v. ActiveProspect, Inc. | Texas Wes |
| Pinn, Kelly (pla) | 1:2023mc00974 | Pinn v. ActiveProspect, Inc. | Texas Wes |
| Pinn, Kelly (pla) | 1:2024cv00066 | Pinn v. Greenstar Power LLC et al | Texas Wes |
| Pinney, Kelly Suzanne (db) | 4:2016bk10154 | Kelly Suzanne Pinney | Oklahoma Court |

**EXHIBIT 1**

| Party Name | Case Number | Case Title | Court |
|---|---|---|---|
| Pinney, Kelly Christine (dft) | 5:2015mj00227 | United States of America v. Pinney - Kelly Christine Pinney | Oklahoma |
| Pinney, Kelly Frank (dft) | 3:1993cr02211 | USA v. Pinney - Kelly Frank Pinney | Washingto |
| Pinnick, Kelly Leoma (jdb) | 4:2010bk90801 | David Lee Pinnick and Kelly Leoma Pinnick | Indiana So |
| Pinnick, Kelly R (jdb) | 3:2011bk35569 | Levi J Pinnick and Kelly R Pinnick | Kentucky Court |

| PACER Service Center | | 02/02/2024 15:57:43 |
|---|---|---|
| User | cragland | |
| Client Code | 9998-004174 | |
| Description | All Court Types Party Search | |
| | All Courts; Name Pinn, Kelly; All Courts; Page: 1 | |
| Billable Pages | 1 ($0.10) | |

PACER FAQ          Privacy & Security          Contact Us

This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov