IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| KELLY PINN INDIVIDUALLY AND ON BEHALF OF SIMILARLY SITUATED PERSONS,<br><br>　　PLAINTIFF<br><br>VS.<br><br>HUFSEY HOME SERVICES, INC. D/B/A ONE HOUR AIR CONDITIONING & HEATING AND 33 MILE RADIUS, LLC D/B/A EVERCONNECT<br><br>　　DEFENDANTS | CIVIL ACTION NO. 4:23-cv-01208-Y |

**PROPOSED ORDER ON DEFENDANT HUFSEY HOME SERVICES, INC. D/B/A ONE HOUR AIR CONDITIONING & HEATING'S MOTION TO DISMISS**

Before the Court is the motion to dismiss filed by Defendant Hufsey Home Services, Inc. d/b/a One Hour Air Conditioning and Heating.  After considering the motion, any responses and replies thereto, having heard the arguments of counsel, and for good cause shown, the Court is of the opinion the motion should be and is hereby GRANTED.

It is therefore ORDERED that Defendant's motion to dismiss is GRANTED with prejudice against Plaintiff refiling the same.

Signed this \_\_\_\_ day of _____, 2024.

_____
TERRY R. MEANS
SENIOR DISTRICT JUDGE

1668577-v1/9998-000441