| | |
|---|---|
| **From:** | Katina Kilian |
| **To:** | Katina Kilian |
| **Subject:** | FW: Pinn v. Hufsey Home Services, Inc. |
| **Date:** | Friday, March 8, 2024 3:02:20 PM |

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Tuesday, March 5, 2024 10:21 AM
**To:** Angélique McCall <aditty@belaw.com>
**Cc:** Andrew Perrong <a@perronglaw.com>; Katina Kilian <kkilian@belaw.com>; Joe Cleveland <jcleveland@belaw.com>
**Subject:** Re: Pinn v. Hufsey Home Services, Inc.

Hello, Angelique. 30 days to respond is fine with us, but if you're asking for 30 days on top of the 14 you already get, that's more time that we're amenable to give when we didn't take an extension.
----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

On Mon, Mar 4, 2024 at 1:35 PM Angélique McCall <aditty@belaw.com> wrote:

> Anthony—
>
> I am in receipt of Plaintiff's response to Defendant's motion to dismiss.  Joe and I are completely inundated this month and request a 30-day extension to file Defendant's reply.
>
> If you are amenable to this request, I will draft the necessary motion.
>
> Please advise.
>
> Thanks,

**EXHIBIT A**

Angélique McCall Ditty
D: (817) 339-2422
F: (817) 870-2265
amccall@belaw.com
bio | vcard | website

