FILED
TARRANT COUNTY
3/5/2024 4:45 PM
THOMAS A. WILDER
DISTRICT CLERK

CAUSE NO. 048-323322-21

| | | |
|---|---|---|
| PERFECTION PLUMBING AND STEEL, LLC | § § § | IN THE DISTRICT COURT |
| - *versus* - | § § § | TARRANT COUNTY, TEXAS |
| RODNEY L. DORMAN, ET AL | § | 48TH JUDICIAL DISTRICT |

## ORDER REGARDING TRIAL SETTING ON APRIL 1, 2024, AND ORDER SETTING DOCKET CALL

**NOTICE:** This case is on call for trial the week of **April 1, 2024**. You should be prepared to start trial as early as **8:30 a.m.**, on **April 1, 2024**, and be prepared to be carried over to the week of April 8, 2024, should your case not be reached.

**IT IS ORDERED** that the parties shall appear for Docket Call on March 22, 2024, at 9:00 a.m., via Zoom videoconference regarding your trial scheduled to begin on April 1, 2024.

**IT IS FURTHER ORDERED** that each party shall file with the District Clerk, and exchange with all parties, the following documents by noon on or before **March 20, 2024**[1]:

    C.    Pretrial motions;
    B.    Witness and exhibit lists;
    C.    Deposition designations and objections; and
    D.    Proposed Court's Charge or Proposed Findings of Facts and Conclusions of Law.

**IT IS FURTHER ORDERED** that counsel for each party will be prepared to announce to the Court at Docket Call on March 22, 2024, the following information:

    A.    The estimated number of days for trial and the estimated number of witnesses that will be called;
    B.    Whether a pretrial conference will be needed for matters other than those that could be handled the morning of trial; and
    C.    Whether a jury panel of more than 40 will be needed, if proceeding as a jury trial.

**IT IS FURTHER ORDERED** that on any case called for trial, any objections on pretrial motions, exhibits, and deposition designations will be taken up **by submission** the week prior to trial unless a hearing is necessary for more substantial matters.

Signed on this the 5th day of March 2024.

_____
CHRISTOPHER TAYLOR, Judge Presiding

---

[1] If there is a scheduling order in this case, the deadlines in the scheduling order remain as stated in that order.

**EXHIBIT B**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 85228909
Filing Code Description: No Fee Documents
Filing Description: ***ORD/TRIAL SET (WK 4-1-24)***
Status as of 3/5/2024 4:48 PM CST

Associated Case Party: THEPERFECTION PLUMBING AND STEEL LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Heath Coffman | | hcoffman@belaw.com | 3/5/2024 4:45:24 PM | SENT |
| ANGELIQUE MMCCALL | | AMCCALL@BELAW.COM | 3/5/2024 4:45:24 PM | SENT |
| HEATH COFFMAN | | HCOFFMAN@BELAW.COM | 3/5/2024 4:45:24 PM | SENT |
| April Paez | | apaez@belaw.com | 3/5/2024 4:45:24 PM | SENT |
| Susan Royall | | sroyall@belaw.com | 3/5/2024 4:45:24 PM | SENT |
| Monique Cauthen | | mcauthen@belaw.com | 3/5/2024 4:45:24 PM | ERROR |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Leticia Botello | | leticia@shawlaw.net | 3/5/2024 4:45:24 PM | SENT |
| David Welch | | david@shawlaw.net | 3/5/2024 4:45:24 PM | SENT |
| Evan Lane Shaw | 18140500 | van@shawlaw.net | 3/5/2024 4:45:24 PM | SENT |
| Beau Powell | | beau@shawlaw.net | 3/5/2024 4:45:24 PM | SENT |
| RAE DIAZ | | RAEANNA@SHAWLAW.NET | 3/5/2024 4:45:24 PM | SENT |
| Van Shaw | | van@shawlaw.net | 3/5/2024 4:45:24 PM | SENT |

Associated Case Party: RODNEYLDORMAN

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| APRIL SUMNER | | APRIL@SHAWLAW.NET | 3/5/2024 4:45:24 PM | SENT |

CAUSE NO. DC-22-16369

| | | |
|---|---|---|
| G2S GROUP LLC, | § § § § | IN THE DISTRICT COURT |
| *Plaintiff*, | § | |
| v. | § § | |
| GERALDO TORRES AND FORT WORTH LUMBER, CO., | § § § | |
| *Defendants*, | § § | |
| and | § § | 192nd JUDICIAL DISTRICT |
| GTR CONSTRUCTION, LLC | § § | |
| *Intervenor-Plaintiff*, | § § | |
| v. | § § | |
| G2S GROUP LLC | § § | |
| *Intervenor-Defendant*. | § | DALLAS COUNTY, TEXAS |

## AGREED AMENDED LEVEL III SCHEDULING ORDER

In accordance with Rules 166, 190, and 192 of the Texas Rules of Civil Procedure, the Court makes the following amended order to control discovery and the schedule of this cause.

1. July 10, 2023 — Amended pleadings asserting new claims shall be filed by this date

2. September 22, 2023 — Experts for parties seeking affirmative relief on an issue shall be designated by this date and shall provide the information required by Texas Rule of Civil Procedure 194.2(f).

3. November 8, 2023 — Experts for party opposing affirmative relief shall be designated by this date and shall provide the information required by Texas Rule of Civil Procedure 194.2(f).

| | | |
|---|---|---|
| 4. | December 6, 2023 | Rebuttal Experts shall be designated by this date and shall provide the information required by TRCP 194.2(f). |
| 5. | January 19, 2024 | Discovery shall be completed by this date. |
| 6. | February 16, 2024 | Mediation shall be complete by this date. |
| 7. | February 23, 2024 | Objections or motions to exclude or limit expert testimony due to qualification of the expert or reliability of the opinions must be filed by this date. |
| 8. | March 8, 2024 | The parties shall exchange a list of exhibits by this date, including any demonstrative aids and affidavits, and shall exchange copies of any exhibits not previously produced in discovery. |
| 9. | March 29, 2024 | The attorneys in charge for all parties shall meet in person to confer on stipulations regarding the materials to be submitted to the Court and attempt to maximize agreement on such matters on or before this date. |
| 10. | April 8, 2024 | By 4 pm on this date, the parties shall file with the Court the materials stated in Rule 166(e)-(l), an estimate of the length of trial, designation of deposition testimony to be offered in direct examination, and any motions in limine. |
| 11. | April 15, 2024 | Jury trial. |

All of the deadlines set forth above, except for the date of trial, may be changed by written agreement of all parties, without further action by the court.

Unless covered by this Order, all other matters shall be governed by the Texas Rules of Civil Procedure and any other controlling statutes.

SIGNED this _____ day of __5/30/2023__ 2023.

2

5/30/2023 1:12:45 PM

_____
JUDGE PRESIDING

AGREED AND APPROVED:

*/s/ Christian Havens*
Christian Havens
Texas Bar No. 24119469
Rod B. Khavari
Texas Bar No. 24060090
E-Mail: christianh@dfwlawgroup.com
E-Mail:  rodk@dfwlawgroup.com

KHAVARI & MOGHADASSI
ATTORNEYS AT LAW, P.C.
16818 Dallas Parkway
Dallas, Texas 75248
Tel: (972) 225-4444
Fax: (972) 225-4445

ATTORNEYS FOR DEFENDANT TORRES
AND INTERVENOR GTR CONSTRUCTION, LLC

*/s/Angélique M. McCall*
Angélique M. McCall
Texas Bar No. 24104172
amccall@belaw.com
Joseph F. Cleveland, Jr.
Texas Bar No. 04378900
jcleveland@belaw.com

Brackett & Ellis, P.C.
100 Main Street
Fort Worth, Texas 76102
817-338-1700
817-870-2265 – Facsimile

ATTORNEYS FOR DEFENDANT
FORT WORTH LUMBER COMPANY



*/s/ Patrick J. Schurr*
Patrick J. Schurr
Patrick.schurr@solidcounsel.com
State Bar No. 17853530

SCHEEF & STONE, L.L.P.
2600 Network Boulevard
Suite 400
Frisco, Texas 75034
Telephone: 214.472.2100
Telecopier: 214.472.2150

ATTORNEYS FOR PLAINTIFF
/INTERVENOR-DEFENDANT G2S GROUP LLC

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Karla Bautista on behalf of Christian Havens
Bar No. 24119469
karlab@dfwlawgroup.com
Envelope ID: 76087877
Filing Code Description: Non-Signed Proposed Order/Judgment
Filing Description: PROPOSED AGREED AMENDED LEVEL III SCHEDULING ORDER
Status as of 5/30/2023 10:44 AM CST

Associated Case Party: G2S GROUP LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Patrick JosephSchurr | | patrick.schurr@solidcounsel.com | 5/30/2023 9:40:05 AM | SENT |

Associated Case Party: FORT WORTH LUMBER CO.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Joseph FCleveland | | jcleveland@belaw.com | 5/30/2023 9:40:05 AM | SENT |
| Angelique McCall | | amccall@belaw.com | 5/30/2023 9:40:05 AM | SENT |
| Monique Cauthen | | mcauthen@belaw.com | 5/30/2023 9:40:05 AM | SENT |
| Chelsea Ragland | | cragland@belaw.com | 5/30/2023 9:40:05 AM | SENT |

Associated Case Party: GERARDO TORRES

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Rod BKhavari | | rodk@dfwlawgroup.com | 5/30/2023 9:40:05 AM | SENT |
| Christian Havens | | christianh@dfwlawgroup.com | 5/30/2023 9:40:05 AM | SENT |
| Karla Bautista | | karlab@dfwlawgroup.com | 5/30/2023 9:40:05 AM | SENT |