```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF TEXAS
                   FORT WORTH DIVISION
```

| | | |
|---|---|---|
| KELLY PINN | § | |
| | § | |
| VS. | § | ACTION NO. 4:23-CV-1208-Y |
| | § | |
| HUFSEY HOME SERVICES, | § | |
| INC., et al. | § | |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Before the Court is Defendant's motion for an extension to reply to Plaintiff's response to its motion to dismiss (doc. 21).

Having reviewed the motion and applicable law, the Court **GRANTS** Defendants' motion. Defendants' reply shall be filed **on or before April 1, 2024.**

SIGNED March 13, 2024.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION FOR EXTENSION- PAGE SOLO