IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KELLY PINN | § | |
| | § | |
| VS. | § | ACTION NO. 4:23-CV-1208-Y |
| | § | |
| HUFSEY HOME SERVICES, INC., | § | |
| ET AL. | § | |

## FINAL JUDGMENT

In accordance with the order issued on June 4, 2024 (doc. 24) and Federal Rule of Civil Procedure 58, Plaintiff's claims under the Telephone Consumer Protection Act are DISMISSED WITH PREJUDICE to their refiling. Plaintiff's claims under section 302.101 of the Texas Business and Commerce Code are DISMISSED WITHOUT PREJUDICE to being filed in an appropriate state court. All costs of Court under 28 U.S.C. § 1920 shall be borne by Plaintiff.

SIGNED October 8, 2024.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

FINAL JUDGMENT - Page Solo
TRM/chr